**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**NAPOLEON REDDICK,**

    **Petitioner,**

v.                                     Case No.  8:01-cv-2468-T-30TBM

**DEPARTMENT OF**
**CORRECTIONS, et al.,**

    **Respondents.**
_____/

## ORDER

    THIS CAUSE comes before the Court upon "Special Report" of Petitioner Napoleon Reddick which this Court docketed as a Motion to Compel (Dkt. #55) and Petitioner's Motion to Compel (Dkt. #57). Upon consideration, the Court determines that said Motions should be denied.

    For Petitioner's information, there is no "amended response." The original response was filed on April 8, 2003. Furthermore, there is no pending motion to amend petition. After the filing of the amended petition on December 23, 2002, all motions to amend have been denied. There is presently pending before this Court Petitioner's Amended Petition (Dkt. #23) filed on December 23, 2002, and Respondents' response (Dkt. #39) filed on April 8, 2003. Therefore, Petitioner's Motions to Compel (Dkts. #55 and #57) are DENIED.

    **DONE** and **ORDERED** in Tampa, Florida on July 1, 2005.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2001\01-cv-2468.order.frm